LISA COX, TRIAL ATTORNEY
Lisa.Cox@eeoc.gov
A. LUIS LUCERO, JR., REGIONAL ATTORNEY
JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
Tel: (206) 220-6890
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 21 2004

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>and<br><br>JENNIFER GIBBS,<br><br>    Plaintiff Intervenor,<br><br>vs.<br><br>TRA INDUSTRIES, INC., dba HUNTWOOD INDUSTRIES, INC.<br><br>    Defendant. | Case No. CS 03-0309-FVS<br><br>CONSENT DECREE<br>AND ORDER DISMISSING ACTION<br><br>DATED JULY 6, 2004 |

## I. INTRODUCTION

1.    This action originated when Jennifer Gibbs filed a charge with the Equal Employment Opportunity Commission ("EEOC" or "Commission") on or about July 29, 2002. Gibbs alleged that TRA Industries, Inc., dba Huntwood Industries, Inc. ("Huntwood") discriminated against her based upon her sex in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C.§ 2000e, et seq. ("Title VII") when it subjected her a sexually hostile

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

ORIGINAL

work environment, resulting in her constructive discharge on December 31, 2001.

2. On March 18, 2003, the EEOC issued a letter of determination with a finding of reasonable cause that Huntwood violated Title VII when it subjected Ms. Gibbs to sexual harassment because of her sex, female, resulting in her constructive discharge. Thereafter, the EEOC attempted to conciliate the charge, but was unsuccessful.

3. The Commission filed its Complaint on August 20, 2003, in the United States District Court for the Eastern District of Washington. The complaint alleges that Huntowood violated Title VII by subjecting Ms. Gibbs to a sexually hostile work environment because of her sex, resulting in her constructive discharge.

4. Defendant denied the allegations of discrimination in the EEOC's amended complaint and asserted several affirmative defenses.

5. The Court then granted Gibbs leave to intervene by Order dated March 9, 2004.

6. The parties want to conclude fully and finally all claims arising out of EEOC's complaint, the charge of discrimination filed with EEOC by Jennifer Gibbs, and the complaint the EEOC filed pursuant to Title VII. The EEOC and Huntwood enter into this Consent Decree to further the objectives of equal employment as set forth in Title VII and Washington state law.

## II. NONADMISSION OF LIABILITY AND NONDETERMINATION BY THE COURT

7. This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed as an admission by Defendant of a violation of Title VII or Washington state law.

## III. JURISDICTION AND VENUE

8. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. The employment practices

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

alleged to be unlawful in the complaint filed herein occurred within the jurisdiction of the United States District Court for the Eastern District of Washington.

## IV. SETTLEMENT SCOPE

9. This Consent Decree is the final and complete resolution of all allegations of unlawful employment practices contained in Gibbs's discrimination charge, in the EEOC's administrative determinations, and in the complaint filed herein, including all claims by the parties for attorney fees and costs.

## V. MONETARY RELIEF

10. In settlement of this lawsuit, Huntwood agrees to pay Jennifer Gibbs $ 100,000 within fifteen (15) business days of the date this Consent Decree is entered by the Court. Gibbs's settlement proceeds will be handled between Huntwood and Keller Allen, Ms. Gibbs's legal counsel, whose law offices are located at The Paulsen Center, Suite 421, 421 West Riverside, Spokane WA 99201. Gibbs will execute a separate release agreement in return for the payment of settlement funds.

## VI. AFFIRMATIVE AND OTHER RELIEF

A. General Provisions

11. Huntwood, its officers, agents, and employees will refrain from engaging in practices which unlawfully discriminate against applicants and/or employees on the basis of sex. In recognition of its obligations under Title VII, Huntwood will institute the policies and practices set forth below.

B. Anti-Discrimination Policies and Procedures

12. Huntwood will carry out anti-discrimination and anti-sexual harassment policies, procedures and training for employees, supervisors and management personnel, to the extent not already established, and will provide equal employment opportunities for all employees. Huntwood will evaluate and, where appropriate, modify the practices of its managers and supervisors in order to prevent discrimination in employment. Huntwood will ensure that its managers and supervisors understand its Equal Employment Opportunity

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

("EEO") policies and how those policies define and identify what constitutes employment discrimination.

13. Within sixty (60) days of the date of the effective date of this Consent Decree, Huntwood will: (a) review its EEO policy, and revise it as necessary, to ensure that it adequately prohibits discrimination against applicants and/or employees on the basis of sex and addresses Huntwood's obligation to provide a discrimination-free work environment for its employees; and (b) distribute a written copy of its EEO policy to all present and future employees, both management and non-management. Huntwood will provide EEOC with a written copy of its EEO policy as part of its first annual report as provided in paragraph 21 below.

C. Training

14. Huntwood will develop and present to all managers and supervisors in its Spokane facility four (4) hours of training on employment discrimination, including discrimination against applicants and/or employees based on sex, during the years 2005 and 2006. In addition, within 120 days of the entry of this Consent Decree, Huntwood will develop and present to all employees a manual specifically addressing employment discrimination and sexual harassment. The EEOC will have an opportunity to review the manual and all training materials prior to the training date.

15. Huntwood will notify the EEOC of the completion of the training and will specify the names and job titles of the employees who participated in and completed the training as part of its semi-annual reporting to the EEOC.

D. Expungement of Records

16. Huntwood will not disclose any information or make references to any charge of discrimination or this lawsuit in responding to employment reference requests for information about Jennifer Gibbs.

17. Huntwood will expunge from all files of Gibbs, and from any other records where the company keeps such information, except litigation files, any references to a

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

charge of discrimination against Huntwood and this lawsuit. If Gibbs wishes to do so, Huntwood will permit her to review any personnel file pertaining to her, at the law offices of Stamper, Ruben, Stocker and Smith, within thirty (30) days after the entry of this Consent Decree to ensure that all such references have been expunged. Huntwood will not add any information or references to the personnel files of Gibbs or records regarding the charge of discrimination and this lawsuit after such references have been expunged.

E. <u>Policies Designed to Promote Supervisor Accountability</u>

18. Huntwood agrees that it shall impose discipline -- up to and including termination, suspension without pay or demotion -- upon any supervisor or manager who discriminates against any applicant and/or employee on the basis of sex. Huntwood shall communicate this policy to all of its supervisors and managers.

19. Huntwood agrees that it will revise its supervisor appraisal process to include performance evaluations for the handling of EEO issues as an element in supervisor appraisals, and to link such evaluations directly to supervisor salary/bonus structure.

20. Huntwood agrees that it shall include "commitment to equal employment opportunity" as a criterion for qualification for supervisory positions.

G. <u>Reporting</u>

21. Huntwood shall report in writing to the EEOC within sixty days following the date of entry of this consent decree, and one year thereafter for two years, the following information:

   a. Certification of the completion of four (4) hours of training and list of attendees (for 2005 and 2006);

   b. Certification that its EEO policy and manual on discrimination and harassment, has been distributed to all current and newly hired employees;

   c. A list of any changes, modifications, revocations or revisions to its EEO policies and procedures which concern or affect the subject of discrimination or retaliation.

   d. A summary of discrimination complaints, if any, filed by employees working at Huntwood which are reported to management and the resolution of each complaint; and

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

e. A statement listing the other provisions of this Decree that defendant is required to perform and certifying that Huntwood has complied with the terms of the Decree. If Huntwood has not complied with any term of the Decree, the statement will specify the areas of noncompliance, the reason for the noncompliance, and the steps taken to bring the defendants into compliance.

H. Posting

22. Huntwood will post a Notice, attached as Exhibit 1 to this Consent Decree. The Notice shall be posted on a centrally located bulletin boards at its Spokane facility for the duration of the Consent Decree.

## VII. ENFORCEMENT

23. If the EEOC determines that Huntwood has not complied with the terms of this Decree, the EEOC will provide written notification of the alleged breach to Huntwood. The EEOC will not petition the court for enforcement of the decree for at least thirty (30) days after providing written notification of the alleged breach. The 30-day period following the written notice shall be used by the parties for good faith efforts to resolve the dispute.

## VIII. RETENTION OF JURISDICTION

24. The United States District Court for the Eastern District of Washington shall retain jurisdiction over this matter for the duration of the decree.

## IX. DURATION AND TERMINATION

25. This Decree shall be in effect for three (3) years plus ninety (90) days beginning the date this Court enters the Consent Decree. If the EEOC petitions the Court for breach of the Decree, and the Court finds Huntwood to be in violation of the terms of the Decree, the Court may extend the duration of the Decree.

## X. CONCLUSION

26. The parties are not bound by any provision of this decree until it is signed by authorized representatives of each party and entered by the Court.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

Dated this _____ day of _____, 2004.

| | |
|---|---|
| A. LUIS LUCERO, JR.<br>Regional Attorney | ERIC DREIBAND<br>General Counsel |
| JOHN F. STANLEY<br>Acting Supervisory Trial Attorney | JAMES LEE<br>Deputy General Counsel |
| LISA COX<br>Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION | EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION |
| Seattle District Office<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104<br>Telephone (206) 220-6890 | Office of the General Counsel<br>1801 "L" Street, N.W.<br>Washington, D.C. 20507 |

BY: _[signature]_

Attorneys for Plaintiff


Mike Church
Stamper, Rubens, Stocker and Smith, P.S.
720 West Boone, Suite 200
Spokane, WA 99201

BY: _[signature]_

Attorneys for Defendant

//
//
//
//
//

<u>ORDER APPROVING CONSENT DECREE</u>

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882

1  hereby dismissed with prejudice and without costs or attorneys' fees to any party. The
2  Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree
3  approved herein.

5  DATED this 21 day of July, 2004.

8  For THE HONORABLE FRED VAN SICKLE
9  UNITED STATES DISTRICT JUDGE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
Federal Office Building
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone (206) 220-6883
Fax (206) 220-6911
TDD (206) 220-6882